UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESSICA COMBS, an individual,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>NETFLIX, INC., a Delaware Corporation Registered with the California Secretary of State,<br><br>Defendant - Appellee. | No. 25-3164<br><br>D.C. No.<br>2:24-cv-09037-MRA-MAA<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered July 08, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT